| 1. Person Reporting (Last name, First name, Middle initial)  Rodriguez, Joseph H | 2. Court or Organization  U.S.District Court | 3. Date of Report  05/13/2008 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior US District Judge | 5. ReportType (check appropriate type)  ⃝ Nomination,    Date  ⃝ Initial    ● Annual    ⃝ Final | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  1 John F. Gerry Plaza  Camden, NJ 08101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

⃝ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | LaSalle University |
| 2. | Governance Board | Vicariate for Human Services, Diocese of Camden, NJ |
| 3. | Board of Trustees | Camden Catholic High School - Term ended 6/07 |
| 4. | Board Member | San Miguel Grammar School, Camden, NJ |
| 5. | Board Member | NJ Academy for Aquatic Sciences - Resigned 4/07 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

✔ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

✔ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

RECEIVED 2008 MAY 19 A 9: 5 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1.  New York Intellectual Property Law Association, New York, NY | March 23-24, 2007 (Food & lodging) |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rodriguez, Joseph H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fidelity Mutual Ins. | A | Interest | J | T | | | | | |
| 2. San Juan Racing Assn. | | None | J | T | | | | | |
| 3. Penn Mutual Life | A | Dividend | J | T | | | | | |
| 4. Audubon S&L, Audubon, NJ | A | Interest | K | T | | | | | |
| 5. PNC Bank | B | Interest | L | T | | | | | |
| 6. Campbell Soup Co common | A | Dividend | J | T | | | | | |
| 7. Delaware Group Cash Reserve | A | Dividend | J | T | | | | | |
| 8. PNC Stock-common | A | Dividend | J | T | | | | | |
| 9. Putnam Fund for Growth | B | Dividend | K | T | | | | | |
| 10. Commerce Capital Markets Inc | C | Interest | M | T | | | | | |

1 Income Gain Codes (See Columns B1 and D4) A S1,000 or less B S1,001-S2,500 C S2,501-S5,000 D S5,001-S15,000 E S15,001-S50,000
 J S50,001-S100,000 G S100,001-S1,000,000 H1 S1,000,001-S5,000,000 H2 More than S5,000,000
2 Value Codes (See Columns C1 and D3) J S15,000 or less K S15,001-S50,000 L S50,001-S100,000 M S100,001-S250,000
 N S250,000-S500,000 O S500,001-S1,000,000 P1 S1,000,001-S5,000,000 P2 S5,000,001-S25,000,000
 P3 S25,000,001-S50,000,000 P4 SMore than S50,000,000
3 Value Method Codes (See Column C2) Q Appraisal R Cost (Real Estate Only) S Assessment T Cash Market
 U Book Value V Other W Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rodriguez, Joseph H | 05/13/2008 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)


None

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rodriguez, Joseph H | 05/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date May 13, 2008

NOTE: A~~~~~~~~~~~~~~~~~~FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJ~~~~~~~~~~~~~~~~~~app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544